# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2014

## NO. 03-13-00036-CV

**Cirrus Exploration Company, Appellant**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and
Greg Abbott, Attorney General of the State of Texas, Appellees**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
REVERSED AND RENDERED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on December 19, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and renders judgment in favor of Cirrus in the amount of $70,598.19, plus interest as allowed under the Tax Code. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.